UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
NOV 2 0 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:25-cr-146-KKC.MAS
18 U.S.C. § 922(g)(1)

QUAVON MEGAL WINSLOW

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about June 28, 2021, in Fayette County, in the Eastern District of Kentucky,

**QUAVON MEGAL WINSLOW,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock pistol, model: 19x, caliber: 9x19, serial number ADMT731, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in this Indictment, **QUAVON MEGAL WINSLOW** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **WINSLOW** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**
a. Glock pistol, model: 19x, caliber: 9x19, serial number ADMT731; and
b. Assorted ammunition.

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**If Armed Career Criminal:** Not less than 15 years imprisonment, a fine of not more than $250,000, and supervised release of not more than 5 years.

**PLUS:** Forfeiture.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.